UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

CHERISSE M. LEWIS[1],

    Plaintiff,

v.

CREDIT ACCEPTANCE CORPORATION,

    Defendant.

Case No. 19-cv-10742
Hon. Matthew F. Leitman

## ORDER GRANTING JOINT MOTION TO STAY AND COMPELLING ARBITRATION

This matter is before the Court on the Parties' Joint Motion to Stay Matter Pending Arbitration (the "Joint Motion"). It appearing to the Court that, based on the Parties' Joint Motion, a stay is warranted pending the outcome of arbitration proceedings, it is hereby **ADJUDGED** and **ORDERED** that:

The Parties' Joint Motion to Stay Matter Pending Arbitration is **GRANTED**; and

Plaintiff shall be responsible for initiating the arbitration with either AAA or JAMS and shall be responsible for the filing fee; and

This matter is **STAYED** pending the outcome of arbitration proceedings; and

---

[1] Plaintiff's legal last name is Lewis. Case was filed erroneously with Plaintiff's middle name as her last name.

The Clerk shall administratively close the file, which is subject to reopening upon motion by any party; and

The Parties shall notify the Court within fifteen (15) days of the conclusion of arbitration proceedings.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764