UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHERISSE LEWIS ,

    Plaintiff,

vs.

CREDIT ACCEPTANCE
CORPORATION,

    Defendant.

Case No. 19-cv-10742
Hon. Matthew F. Leitman

## STIPULATED ORDER DISMISSING COMPLAINT AGAINST CREDIT ACCEPTANCE

Upon the stipulation of Plaintiff Cherisse Lewis ("Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance"), and the Court being advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Credit Acceptance is dismissed in its entirety with prejudice and without costs to either party.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 16, 2020

2.

| | |
|---|---|
| /s/Joshua Kersey | /s/Stephen W. King |
| Joshua Kersey | Stephen W. King (P56456) |
| MORGAN & MORGAN | KING AND MURRAY PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant Credit Acceptance Corporation |
| 201 N. Franklin St, 7th Floor | 355 S. Old Woodward, Ste. 100 |
| Tampa, FL 33602 | Birmingham, MI 48009 |
| (813) 225-6734 | (248) 792-2398 |
| jkersey@forthepeople.com | sking@kingandmurray.com |

2.